

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 3:15cr 112 |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by Convicted Felon |
| DERRICK LAMONT ABERNATHY, | ) (Count 1) |
| | ) |
| Defendant. | ) 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| | ) Possession with the Intent to Distribute |
| | ) Heroin |
| | ) (Count 2) |
| | ) |
| | ) Forfeiture Allegation |

## INDICTMENT

### JUNE 2015 - AT RICHMOND

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about February 25, 2015, in the Eastern District of Virginia, the defendant, DERRICK LAMONT ABERNATHY, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Maverick Arms (by Mossberg), Model 88, 12-gauge shotgun, serial number MV29879D, said firearm having been shipped and transported in interstate commerce. (In violation of Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO
(Possession with Intent to Distribute Heroin)

On or about February 25, 2015, in the Eastern District of Virginia, the defendant, DERRICK LAMONT ABERNATHY, did knowingly, unlawfully, and intentionally, possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

## FORFEITURE ALLEGATION

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant is hereby notified that upon conviction of the offense charged in Count One of this Indictment, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense charged.

The defendant is further notified that upon conviction for the offense charged in Count Two of this Indictment, he shall forfeit any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense charged. Property subject to forfeiture includes, but is not limited to:

**a Maverick Arms (by Mossberg), Model 88, 12-gauge shotgun, serial number MV29879D; and accompanying ammunition.**

If the property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)).

A TRUE BILL: Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
Foreperson

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Dominick S. Gerace
Assistant United States Attorney

3