FILED
JUN - 9 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE __4th Circuit__ DISTRICT OF __Virginia__

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. __3:15cr112-HEH__ |
| ) | |
| vs. ) | **NOTICE OF APPEAL** |
| ) | |
| __Derrick Lamont Abernathy__ ) | |
| ) | |
| Defendant. ) | |

COMES NOW the Defendant, __Derrick Lamont Abernathy__, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this Court on __10-23-15   Oct. 23rd__, 20 __15__.

Respectfully submitted this __30th__ day of __June__, 20 __23__.

_D. Abernathy_

Copy mailed this __30th__ day of __June__,
20 __23__, to each of the following: