DERRICK Abernathy #85802-083
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD. 21501

BALTIMORE MD 212
6 JUN 2023 PM 1 L



U.S. MARSHALS INSPECTED

⇔85802-083⇔
Court Clerk
701 E Broad ST
Eastern District OF VA.
Richmond, VA 23219
United States

23219-183399

